IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| JOYCE BUSH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| VS. | )    CIVIL ACTION NO. 4:03cv387(L)(N) |
| | ) |
| BOBBY WEBBER, Individually and In His Official Capacity as Police Officer for the City of Brooksville; GEORGE COLEMAN, Individually and In His Official Capacity as Police Officer for the City of Brooksville; LARRY GILES, Individually and In His Official Capacity as Police Officer for the City of Brooksville; and THE CITY OF BROOKSVILLE, MISSISSIPPI, | ) |
| | ) |
|    Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by Plaintiff, Joyce Bush, and Defendants, Bobby Webber, Individually and in His Official Capacity as Police Officer for the City of Brooksville, and the City of Brooksville, Mississippi, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court holds that Plaintiff's claims should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff's claims are dismissed in their entirety with prejudice.

SO ORDERED, this the  28th  day of  December,  2005.


                                                    /s/ Tom S. Lee
                                                  DISTRICT COURT JUDGE

JO:99316083.1